# Third District Court of Appeal
## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-0845
Lower Tribunal No. F12-19634

————————

**Alphonso G. Lucas,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Ineffective Assistance of Counsel.

Alphonso G. Lucas, in proper person.

Ashley Moody, Attorney General, for respondent.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Petition denied. See Wilson v. Wainwright, 474 So. 2d 1162, 1163 (Fla. 1985) (explaining standard for ineffective assistance of appellate counsel).